**Fill in this information to identify the case:**

Debtor 1   Donnita Sophia Jackson

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the District of MARYLAND

Case number 20-18516

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 9395

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 11/20/2020 | (5) | $800.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Proof of Claim 410A | 11/20/2020 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

**Part 2:**     **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Alexa Martini Stinson</u>
    Signature

Date <u>12/21/2020</u>

Print <u>Alexa    Martini    Stinson</u>
     First Name    Middle Name    Last Name

Title <u>Authorized Agent</u>

Company <u>Robertson, Anschutz, Schneid & Crane, LLC</u>

Address <u>10700 Abbot's Bridge Rd, Suite 170</u>
     Number    Street

<u>Duluth, GA 30097</u>
City    State    ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>astinson@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  1/26/2021 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Donnita Sophia Jackson
4744 Benning Rd SE
Apt 104
Washington, DC 20019-5187

*And via electronic mail to:*

Sallye A. Higgin
Law Offices of Sallye A. Higgin
1629 K Street, Ste #300
Washington, DC 20006

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

By: /s/ Nora Stone
Nora Stone
nostone@raslg.com